JESSE L. COLLINS, ADMINISTRATOR OF EUNICE COLLINS SMITH, v. GOLDSBORO GAS COMPANY; TOWN AND COUNTRY GAS COMPANY AND THE CITY OF GOLDSBORO.

(Filed 28 June, 1957.)

APPEAL by plaintiff from *Parker, J.,* in Chambers at August-September Term 1956 of WAYNE.

Civil action to recover damages for alleged wrongful death of Eunice Collins Smith, the intestate of plaintiff, heard in Superior Court upon demurrer *ore tenus* of the City of Goldsboro which was sustained, and the action dismissed as to the City of Goldsboro.

Plaintiff excepts to the judgment entered to that effect, and appeals to Supreme Court and assigns error.

*J. Faison Thomson & Son and F. Ogden Parker for Plaintiff Appellant.*

*Edwin C. Ipock and James N. Smith for Defendant Appellee.*

PER CURIAM. This is companion case to No. 307,—opinion in which is rendered contemporaneously herewith. The main difference is in the fact that here it is alleged that the plaintiff's intestate was an employee of Edwards & Jernigan Furniture Company, Inc., in the performance

of her duties in the store at the time of the explosion, as result of which she was injured and killed. The principles applied in that case are applicable to and control decision here.

Affirmed.